**James Donald HATTEN, Petitioner—Appellant,**

v.

**Stephen DEWALT, Warden, F.C.I. Cumberland, Respondent—Appellee.**

No. 05–6364.

United States Court of Appeals, Fourth Circuit.

Submitted: July 14, 2005.

Decided: July 26, 2005.

James Donald Hatten, Appellant pro se. James A. Frederick, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before WILKINSON, LUTTIG, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Donald Hatten, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Hatten v. DeWalt,* No. CA–04–3545–WDQ (D. Md. filed Feb. 28, 2005 & entered Mar. 1, 2005). We

dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*